# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 10, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158764(110)

*In re* CHRISTOPHER ROSS, JR., Minor
_____

PEOPLE OF THE STATE OF MICHIGAN,
        Petitioner-Appellee,

v

CHRISTOPHER ROSS, JR.,
        Respondent-Appellant.
_____/

        SC: 158764
        COA: 331096
        Oakland CC Family Div:
          2014-826056-DL

On order of the Chief Justice, the motion of respondent-appellant to extend the time for filing his supplemental brief is GRANTED.  The supplemental brief will be accepted as timely filed if submitted on or before March 25, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2020



Clerk